**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Yaglidere LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2103119 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 22H Mountain Avenue<br>Bloomfield, CT 06002 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hartford | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://concettasitalian.net/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Yaglidere LLC _____    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor    Yaglidere LLC
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Yaglidere LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 21, 2023
                MM / DD / YYYY

**X** /s/ Bahri Bayram                              Bahri Bayram
Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

**X** /s/ Anthony S. Novak                     Date   December 21, 2023
Signature of attorney for debtor                        MM / DD / YYYY

Anthony S. Novak
Printed name

Novak Law Office, PC
Firm name

280 Adams Street
Manchester, CT 06042
Number, Street, City, State & ZIP Code

Contact phone   (860) 432-7710     Email address   anthonysnovak@aol.com

ct09074 CT
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Yaglidere LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 21, 2023     **X** /s/ Bahri Bayram
                                          Signature of individual signing on behalf of debtor

                                          Bahri Bayram
                                          Printed name

                                          Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Yaglidere LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $ _____24,502.00_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $ _____24,502.00_

| Part 2: | Summary of Liabilities |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____80,690.62_

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ _____10,602.00_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____97,788.17_

4.  **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b                                                                                 $ _____189,080.79_

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Yaglidere LLC___

United States Bankruptcy Court for the:    ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.  Security Deposit with Ocean State Job Lot                                              $9,000.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                                    $9,000.00

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☒ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Yaglidere LLC _____   Case number *(If known)* _____
        Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:       Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:       Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>desk, chair, filing cabinet, computer | $0.00 | | $500.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

43. **Total of Part 7.**
    Add lines 39 through 42.   Copy the total to line 86.

|  |
|---|
| $500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:       Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| | | |
|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm** | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    Yaglidere LLC                                    Case number (If known) _____
           Name

**machinery and equipment)**
hood, 10 burner stove with 2 ovens, 2 burner half
grill stove, 2 door coolers, 2 pizza deck oven, 1 3
bay steam table, 10 booths, 10 chairs, 10 tables,
walk in cooler, 2 baymere pizza ovens, slicing
machine, 2 stainless steel tables, 1 dishwasher              $0.00                          $15,000.00

| | | |
|---|---|---|

51.    **Total of Part 8.**                                                              $15,000.00

       Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.   Go to Part 10.
   ☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Lease of 22 Mountain Avenue Bloomfield CT 3800 square foot of restaurant | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                              $0.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.   Go to Part 11.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor    Yaglidere LLC
_____    Case number *(If known)* _____
         Name

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**
       website https://concettasitalian.net/ _____    _____ $0.00    _____    _____ $1.00

62.    **Licenses, franchises, and royalties**
       State of Connecticut Baker License _____    _____ $0.00    _____    _____ $1.00

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                           _____ $2.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   Yaglidere LLC
_____   Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,502.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $24,502.00 |

**Fill in this information to identify the case:**

Debtor name  Yaglidere LLC

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** CHTD Company

Creditor's Name

Attn: PresidentP.O. Box 2576
Springfield, IL 62708

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. U.S. Small Business Admin
2. CHTD Company
3. Community Economic Development
4. Corporation Service Co.
5. LCF Group Inc.
6. Wolters Kluwer
7. Town of Bloomfield
8. LG Funding LLC

Describe debtor's property that is subject to a lien
all present and future assets

Describe the lien
UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $1.00
Value of collateral: $15,000.00

---

**2.2** Community Economic Development

Creditor's Name

Attn: President
965 East Main Street
Meriden, CT 06450

Creditor's mailing address

Describe debtor's property that is subject to a lien
hood, 10 burner stove with 2 ovens, 2 burner half grill stove, 2 door coolers, 2 pizza deck oven, 1 3 bay steam table, 10 booths, 10 chairs, 10 tables, walk in cooler, 2 baymere pizza ovens, slicing machine, 2 stainless steel tables, 1 dishwasher

Describe the lien
UCC filing
**Is the creditor an insider or related party?**
☒ No

Amount of claim: $9,000.00
Value of collateral: $15,000.00

---

Official Form 206D            **Schedule D: Creditors Who Have Claims Secured by Property**            page 1 of 4

Debtor    Yaglidere LLC
_____     Case number (if known)    _____
          Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Corporation Service Co. | Describe debtor's property that is subject to a lien | $1.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

security interest in all of merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets & fixtures, equipment, inventory

Attn PresidentP. O. Box 2576
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | LCF Group Inc. | Describe debtor's property that is subject to a lien | $19,950.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

assets including accounts but not limited to credit card receivables, Chattel paper, inventory, equipment, instruments including but not limited to promissory notes, investment property documents, deposit accounts, letter of credit rights etc

Attn: President3000 Marcus AvenueSuite 2W15
New Hyde Park, NY 11042
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | LG Funding LLC | Describe debtor's property that is subject to a lien | $49,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

Accounts Receivables of Concetta's Italian

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor    Yaglidere LLC _____    Case number (if known) _____
           Name

Attn: President1218 Union
StreetSuite 2
Brooklyn, NY 11225

_Creditor's mailing address_

_Creditor's email address, if known_

**Date debt was incurred**
05/15/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

Restaurant

**Describe the lien**
Purchase of Accounts Receivables
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Town of Bloomfield | | $2,736.62 | $15,000.00 |

_Creditor's Name_
Attn: Tax Collector800
Bloomfield Avenue
Bloomfield, CT 06002

_Creditor's mailing address_

**Describe debtor's property that is subject to a lien**
personal property, furniture and fixtures
assessed on October 17, 2017

**Describe the lien**
UCC filing
**Is the creditor an insider or related party?**
☒ No
☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | U.S. Small Business Admin | | $1.00 | $15,000.00 |

_Creditor's Name_

Attn: Manager2 North 20th
StreetSuite 320
Birmingham, AL 35203

_Creditor's mailing address_

**Describe debtor's property that is subject to a lien**
all tangible personal property, including but not limited to inventory, equipment, instruments, including tangible chattel paper and electronic chattel paper, documents, letter of credit rights, etc.

**Describe the lien**
UCC filing
**Is the creditor an insider or related party?**
☒ No
☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Yaglidere LLC

Name

Case number (if known)

including this creditor and its relative
priority.
Specified on line 2.1

☐ Unliquidated
☐ Disputed

---

| 2.8 | Wolters Kluwer | | Describe debtor's property that is subject to a lien | | $1.00 | $15,000.00 |

Creditor's Name

Attn: President
P.O. Box 29071
Glendale, CA 91209

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
all accounts including all deposit accounts,
accounts receivables, and other receivables

**Describe the lien**
UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $80,690.62

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Co.<br>Attn: President801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Line  2.1 | |
| Corporation Service Company<br>Attn: President801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line  2.4 | |
| CT Corporation System<br>Attn President330 N. Brand Blvd. #700<br>Glendale, CA 91203 | Line  2.8 | |
| U.S. Small Business<br>AdministrationCT District Office280 Trumbull Street, 2nd Floor<br>Hartford, CT 06103 | Line  2.7 | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Yaglidere LLC _____

United States Bankruptcy Court for the: _____ DISTRICT OF CONNECTICUT _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

CT Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103

| As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed | Total claim: **$4,800.00** | Priority amount: **$1.00**

Date or dates debt was incurred _____ | Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103

| As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed | Total claim: **$1.00** | Priority amount: **$1.00**

Date or dates debt was incurred _____ | Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
☒ No
☐ Yes

**2.3** | Priority creditor's name and mailing address

State of CT, Secretary of State Office
Attn: Stephanie Thomas
165 Capital Avenue, Suite 1000
Hartford, CT 06115

| As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed | Total claim: **$1.00** | Priority amount: **$1.00**

Date or dates debt was incurred _____ | Basis for the claim:
Corporate Taxes

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Yaglidere LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,800.00 | $1.00 |
|---|---|---|---|---|

Town of Bloomfield
Attn: Tax Collector
800 Bloomfield Avenue
Bloomfield, CT 06002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,207.00 |
|---|---|---|---|

American Express
Attn: President
9111 Duke Blvd.
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Credit card

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,026.89 |
|---|---|---|---|

Aramark
Attn: President
P.O. Box 650977
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number  6500

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,265.00 |
|---|---|---|---|

Best Buy/CBNA
Attn: President
5800 South Corporate Place
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Credit card

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

CAN Capital
Attn: President
1850 Parkway Pl Suite 1150
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Capital One Bank USA
Attn: President
P.O. Box 31293
Salt Lake City, UT 84131

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  Credit card

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

Debtor  Yaglidere LLC
       _____  Case number (if known) _____
       Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Chem One Supply Co.
Attn: President
1172 East St. S.
Suffield, CT 06078

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.92 |
|---|---|---|---|

Choice Merchant Solutions
Attn: President
10 Columbus Blvd Fl 6
Hartford, CT 06106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,938.00 |
|---|---|---|---|

Citicards CBNA
Attn: President
5800 S. Corporate Place
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

City Fish Market
Attn: Manager
884 Silas Deane Highway
Wethersfield, CT 06109

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Comcast
Attn: President
P.O. Box 21828
Saint Paul, MN 55121

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,059.00 |
|---|---|---|---|

Credit One Bank
Attn: President
6801 S. Cimarron Rd.
Las Vegas, NV 89113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Crystal Rock
Attn: President
150 Buckingham Street
Watertown, CT 06795

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | Yaglidere LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,959.00**

Discover Fin Svcs LLC
Attn: President
P.O. Box 15316
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Hartley & Parker Limited Inc
Attn: President
P.O. Box 742
Bridgeport, CT 06601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

JPMCB-Card Services
Attn: President
301 N. Walnut St. Fl 9
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,025.86**

Liberty Mutual Insurance
Attn: President
175 Berkeley St.
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _8250_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00**

Napoli Foods Inc.
Attn: President
10 Knotter Dr.
Cheshire, CT 06410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Orkin LLC
Attn: President
2170 Piedmont Rd NE
Atlanta, GA 30324

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,720.50**

OSJ of Bloomfield LLC
Attn: President
375 Commerce Park Road
North Kingstown, RI 02852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _remaining lease payments_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Yaglidere LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Pepsico
Attn: President
7701 Legacy Dr.
Plano, TX 75024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  vendor

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Rapid Cleaning
Attn: Manager
16 Kodak Street
Waterbury, CT 06704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  vendor

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Strano Bakery
Attn: Manager
255 Broad Street
Manchester, CT 06040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  vendor

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

SYNCB/Lowes
Attn: President
4125 Windward Plaza
Alpharetta, GA 30005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Credit card

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,076.00 |
|---|---|---|---|

SYWMC/CBNA
Attn: President
701 E. 60th Street N.
Sioux Falls, SD 57117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|

THD/CBNA
Attn: President
One Court Square
Long Island City, NY 11120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  credit card

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Webster Bank
Attn: President
319 Cottage Grove Road
Bloomfield, CT 06002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| Debtor | Yaglidere LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,938.00 |
|---|---|---|---|

Wells Fargo Card Services
Attn: President
P.O. Box 14517
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anne Thidemann Esq<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd 10th Fl<br>Bridgeport, CT 06604 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Aubrey Thrasher PC<br>Attn: Gregory Northington<br>12 Powder Springs St.<br>Suite 240<br>Marietta, GA 30064 | Line _3.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Aubrey Thrasher PC<br>Attn: Gregory Northington<br>1170 Peachtree St. Suite 1925<br>Atlanta, GA 30309 | Line _3.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | CBNA<br>Attn: President<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Line _3.24_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Christine Sciarrino Esq<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd<br>10th Floor<br>Bridgeport, CT 06601 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Crystal Rock<br>Attn: President<br>200 Eagles Landing Blvd<br>Lakeland, FL 33810 | Line _3.12_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Crystal Rock<br>Attn: President<br>P.O. Box 10028<br>Waterbury, CT 06725 | Line _3.12_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Hartley & Parker Limited Inc.<br>Attn: President<br>100 Browning Street<br>Stratford, CT 06497 | Line _3.14_<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Yaglidere LLC | | Case number (if known) | |
|--------|---------------|--|------------------------|--|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|---------------------------|----------------------------------------------------------------------------|-----------------------------------------|
| 4.10 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | Liberty Mutual Insurance<br>Attn: President<br>P.O. Box 6486<br>Carol Stream, IL 60197 | Line _3.16_<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | Orkin Pest Control<br>Attn: Manager<br>105 Clark Drive<br>East Berlin, CT 06023 | Line _3.18_<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | THD/CBNA<br>Attn: President<br>P.O. Box 6217<br>Sioux Falls, SD 57117 | Line _3.25_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 10,602.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 97,788.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 108,390.17 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Yaglidere LLC |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: Cash advance agreement starting 5/12/2023 with weekly payments of $1225.00 | |
| State the term remaining | |
| List the contract number of any government contract | LG Funding LLC Attn: President1218 Union StreetSuite 2 Brooklyn, NY 11225 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: lease of restaurant space at 22 H Mountain Ave Bloomfield CT. Lease commencing on October 11, 2013 and runs until 10 years from commencement date. | |
| State the term remaining | |
| List the contract number of any government contract | OSJ of Bloomfield LLC Attn: President375 Commerce Park Road North Kingstown, RI 02852 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: Business Loan agreement starting November 28, 2022 with weekly payments of $1167.69 - calendar days to end of loan term was 449 as of November 28, 2022. | |
| State the term remaining | |
| List the contract number of any government contract | WebBank Attn: President215 South State StreetSuite 800 Salt Lake City, UT 84111 |

**Fill in this information to identify the case:**

Debtor name        Yaglidere LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.4 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | City Fish Market | ☐ D _____ ☒ E/F __3.9__ ☐ G _____ |
| 2.5 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | Webster Bank | ☐ D _____ ☒ E/F __3.26__ ☐ G _____ |
| 2.6 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | LG Funding LLC | ☒ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | Choice Merchant Solutions | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.8 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | LCF Group Inc. | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | Aramark | ☐ D _____ ☒ E/F __3.2__ ☐ G _____ |

Debtor    Yaglidere LLC _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| 2.10 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | U.S. Small Business Admin | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Community Economic Development | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | CHTD Company | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Corporation Service Co. | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Town of Bloomfield | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | American Express | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.16 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Best Buy/CBNA | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.17 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Capital One Bank USA | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.18 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Citicards CBNA | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.19 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Credit One Bank | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |

Debtor    Yaglidere LLC _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| | Codebtor | Address | Creditor | D / E-F / G |
|---|---|---|---|---|
| 2.20 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Discover Fin Svcs LLC | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.21 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | JPMCB-Card Services | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.22 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | SYNCB/Lowes | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |
| 2.23 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | SYWMC/CBNA | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.24 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | THD/CBNA | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.25 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Wells Fargo Card Services | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.26 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Napoli Foods Inc. | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.27 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | CAN Capital | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.28 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | OSJ of Bloomfield LLC | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.29 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Chem One Supply Co. | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |

Debtor    Yaglidere LLC                                    Case number *(if known)*  _____

█    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | City Fish Market | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.31 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Comcast | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.32 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Crystal Rock | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.33 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Hartley & Parker<br>Limited Inc | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.34 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Liberty Mutual<br>Insurance | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.35 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Orkin LLC | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.36 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Pepsico | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.37 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Rapid Cleaning | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.38 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Strano Bakery | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.39 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | Wolters Kluwer | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

Debtor   Yaglidere LLC _____   Case number *(if known)* _____

| | Additional Page to List More Codebtors | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.40 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | Internal Revenue Service | ☐ D _____ ☒ E/F __2.2__ ☐ G _____ |
| 2.41 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | CT Dept. of Revenue Services | ☐ D _____ ☒ E/F __2.1__ ☐ G _____ |
| 2.42 | Bahri Bayram | 24 Marshall St. Windsor, CT 06095 | Town of Bloomfield | ☐ D _____ ☒ E/F __2.4__ ☐ G _____ |
| 2.43 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | LG Funding LLC | ☒ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.44 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | Choice Merchant Solutions | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.45 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | LCF Group Inc. | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.46 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | Aramark | ☐ D _____ ☒ E/F __3.2__ ☐ G _____ |
| 2.47 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | U.S. Small Business Admin | ☒ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.48 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | Community Economic Development | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.49 | Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | CHTD Company | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor   __Yaglidere LLC_____     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.50 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Corporation Service Co. | ☒ D   2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.51 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Town of Bloomfield | ☒ D   2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.52 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | American Express | ☐ D ____<br>☒ E/F   3.1<br>☐ G ____ |
| 2.53 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Best Buy/CBNA | ☐ D ____<br>☒ E/F   3.3<br>☐ G ____ |
| 2.54 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Capital One Bank USA | ☐ D ____<br>☒ E/F   3.5<br>☐ G ____ |
| 2.55 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Citicards CBNA | ☐ D ____<br>☒ E/F   3.8<br>☐ G ____ |
| 2.56 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Credit One Bank | ☐ D ____<br>☒ E/F   3.11<br>☐ G ____ |
| 2.57 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Discover Fin Svcs LLC | ☐ D ____<br>☒ E/F   3.13<br>☐ G ____ |
| 2.58 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | JPMCB-Card Services | ☐ D ____<br>☒ E/F   3.15<br>☐ G ____ |
| 2.59 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | SYNCB/Lowes | ☐ D ____<br>☒ E/F   3.23<br>☐ G ____ |

Debtor   Yaglidere LLC

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.60 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | SYWMC/CBNA | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.61 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | THD/CBNA | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.62 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Wells Fargo Card Services | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.63 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Napoli Foods Inc. | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.64 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | CAN Capital | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.65 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | OSJ of Bloomfield LLC | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.66 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Chem One Supply Co. | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.67 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | City Fish Market | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.68 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Comcast | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.69 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Crystal Rock | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |

Debtor   Yaglidere LLC _____    Case number *(if known)* _____

| ☐ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.70 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Hartley & Parker<br>Limited Inc | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.71 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Liberty Mutual<br>Insurance | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.72 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Orkin LLC | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.73 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Pepsico | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.74 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Rapid Cleaning | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.75 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Strano Bakery | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.76 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Wolters Kluwer | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.77 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Internal Revenue<br>Service | ☐ D _____<br>☒ E/F ___2.2___<br>☐ G _____ |
| 2.78 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | CT Dept. of Revenue<br>Services | ☐ D _____<br>☒ E/F ___2.1___<br>☐ G _____ |
| 2.79 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Town of Bloomfield | ☐ D _____<br>☒ E/F ___2.4___<br>☐ G _____ |

Debtor    Yaglidere LLC _____    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.80 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Webster Bank | ☐ D _____<br>☒ E/F __3.26__<br>☐ G _____ |
| 2.81 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | WebBank | ☐ D _____<br>☐ E/F _____<br>☒ G __2.3__ |
| 2.82 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | OSJ of Bloomfield LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.2__ |
| 2.83 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | LG Funding LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.1__ |
| 2.84 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | WebBank | ☐ D _____<br>☐ E/F _____<br>☒ G __2.3__ |
| 2.85 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | OSJ of Bloomfield LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.2__ |
| 2.86 | Bahri Bayram | 24 Marshall St.<br>Windsor, CT 06095 | LG Funding LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.1__ |
| 2.87 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | WebBank | ☐ D _____<br>☐ E/F _____<br>☒ G __2.3__ |
| 2.88 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | OSJ of Bloomfield LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.2__ |
| 2.89 | Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | LG Funding LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name   Yaglidere LLC

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

<u>Official Form 207</u>
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 07/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other | $400,000.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $793,583.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other | $816,600.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Yaglidere LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Webster Bank Attn: President 319 Cottage Grove Road Bloomfield, CT 06002 | Froze account<br>Last 4 digits of account number:  4330 | July 2023 | $3,000.00 |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | Yaglidere LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Novak Law Office, PC<br>280 Adams Street<br>Manchester, CT 06042 | retainer and filing fee | 8/15/2023,<br>10/31/2023 | $2,488.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Yaglidere LLC | Case number *(if known)* | |
|---|---|---|---|

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Sukru Bayram<br>24 Marshall Street<br>Windsor, CT 06095 | Bahri Bayram and Sukru Bayram | 2 pizza ovens, 3 door freezer, hood, 2 fryers, slicer, dough machine, dishwasher, 3 sinks, 3 stainless steel tables, 3 bay oven | ☐ No<br>☒ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Yaglidere LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Pepsico<br>Attn: President<br>7701 Legacy Dr<br>Plano, TX 75024 | 22 H Mountain Avenue<br>Bloomfield, CT 06002 | pepsi soda machine | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.   Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Yaglidere LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Mark Legowski<br>Legowski & Company Inc. 7 Melrose Drive #1B<br>Farmington, CT 06032 | 2020 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Mark Legowski<br>Legowski & Company Inc. 7 Melrose Drive #1B<br>Farmington, CT 06032 | 2020 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Mark Legowski<br>Legowski & Company Inc. 7 Melrose Drive #1B<br>Farmington, CT 06032 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | WebBank<br>Attn: President 215 South State Street Suite 800<br>Salt Lake City, UT 84111 |
| 26d.2. | LG Funding LLC<br>Attn: President 1218 Union Street Suite 2<br>Brooklyn, NY 11225 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bahri Bayram | 24 Marshall Street<br><br>Windsor, CT 06095 | Manager/Member | 1/3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sukru Bayram | 24 Marshall Street<br>Windsor, CT 06095 | Member | 1/3 |

Debtor    Yaglidere LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Muhittin Bayram | 42 Hartford Avenue Enfield, CT 06082 | Member | 1/3 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bahri Bayram | 24 Marshall Street Windsor, CT 06095 | Manager | 1/4/2005 - 6/30/2023 |
| Sukru Bayram | 24 Marshall Street Windsor, CT 06095 | staff | 01/04/2005 - 6/30/2023 |
| Muhittin Bayram | 42 Hartford Avenue Enfield, CT 06082 | staff | 01/04/2005 - 6/30/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | Yaglidere LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      December 21, 2023

/s/ Bahri Bayram                                           Bahri Bayram
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re    Yaglidere LLC _____    Case No. _____
                                            Debtor(s)          Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................... | $ | 2,150.00 |
| Prior to the filing of this statement I have received ...................................... | $ | 2,150.00 |
| Balance Due .................................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
        Reference is hereby made to the Bankruptcy Retainer Agreement dated August 15, 2023 for description of services and compensation to be paid.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above.  Under no circumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of the State of Connecticut.

        Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requires a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The undersigned attorney is not responsible, nor obligated to in any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 21, 2023 _____          /s/ Anthony S. Novak _____
*Date*                                                            Anthony S. Novak
                                                                  *Signature of Attorney*
                                                                  Novak Law Office, PC
                                                                  280 Adams Street
                                                                  Manchester, CT 06042
                                                                  (860) 432-7710   Fax: (860) 432-7724
                                                                  anthonysnovak@aol.com
                                                                  *Name of law firm*

---

# United States Bankruptcy Court
## District of Connecticut

In re    Yaglidere LLC                                 Case No. _____

                              Debtor(s)           Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 21, 2023             /s/ Bahri Bayram

                                          Bahri Bayram/
                                          Signer/Title

American Express
Attn: President
9111 Duke Blvd.
Mason, OH 45040


Anne Thidemann Esq
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Fl
Bridgeport, CT 06604


Aramark
Attn: President
P.O. Box 650977
Dallas, TX 75265


Aubrey Thrasher PC
Attn: Gregory Northington
12 Powder Springs St. Suite 240
Marietta, GA 30064


Aubrey Thrasher PC
Attn: Gregory Northington
1170 Peachtree St. Suite 1925
Atlanta, GA 30309


Best Buy/CBNA
Attn: President
5800 South Corporate Place
Sioux Falls, SD 57108


CAN Capital
Attn: President
1850 Parkway Pl Suite 1150
Marietta, GA 30067


Capital One Bank USA
Attn: President
P.O. Box 31293
Salt Lake City, UT 84131


CBNA
Attn: President
50 Northwest Point Road
Elk Grove Village, IL 60007


Chem One Supply Co.
Attn: President
1172 East St. S.
Suffield, CT 06078

Choice Merchant Solutions
Attn: President
10 Columbus Blvd Fl 6
Hartford, CT 06106


Christine Sciarrino Esq
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Floor
Bridgeport, CT 06601


CHTD Company
Attn: President
P.O. Box 2576
Springfield, IL 62708


Citicards CBNA
Attn: President
5800 S. Corporate Place
Sioux Falls, SD 57108


City Fish Market
Attn: Manager
884 Silas Deane Highway
Wethersfield, CT 06109


Comcast
Attn: President
P.O. Box 21828
Saint Paul, MN 55121


Community Economic Development
Attn: President
965 East Main Street
Meriden, CT 06450


Corporation Service Co.
Attn President
P. O. Box 2576
Springfield, IL 62708


Corporation Service Co.
Attn: President
801 Adlai Stevenson Dr.
Springfield, IL 62703


Corporation Service Company
Attn: President
801 Adlai Stevenson Drive
Springfield, IL 62703

Credit One Bank
Attn: President
6801 S. Cimarron Rd.
Las Vegas, NV 89113


Crystal Rock
Attn: President
150 Buckingham Street
Watertown, CT 06795


Crystal Rock
Attn: President
P.O. Box 10028
Waterbury, CT 06725


Crystal Rock
Attn: President
200 Eagles Landing Blvd
Lakeland, FL 33810


CT Corporation System
Attn President
330 N. Brand Blvd. #700
Glendale, CA 91203


CT Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103


Discover Fin Svcs LLC
Attn: President
P.O. Box 15316
Wilmington, DE 19850


Hartley & Parker Limited Inc
Attn: President
P.O. Box 742
Bridgeport, CT 06601


Hartley & Parker Limited Inc.
Attn: President
100 Browning Street
Stratford, CT 06497


Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101


JPMCB-Card Services
Attn: President
301 N. Walnut St. Fl 9
Wilmington, DE 19801


LCF Group Inc.
Attn: President
3000 Marcus Avenue Suite 2W15
New Hyde Park, NY 11042


LG Funding LLC
Attn: President
1218 Union Street Suite 2
Brooklyn, NY 11225


Liberty Mutual Insurance
Attn: President
175 Berkeley St.
Boston, MA 02116


Liberty Mutual Insurance
Attn: President
P.O. Box 6486
Carol Stream, IL 60197


Napoli Foods Inc.
Attn: President
10 Knotter Dr.
Cheshire, CT 06410


Orkin LLC
Attn: President
2170 Piedmont Rd NE
Atlanta, GA 30324


Orkin Pest Control
Attn: Manager
105 Clark Drive
East Berlin, CT 06023

OSJ of Bloomfield LLC
Attn: President
375 Commerce Park Road
North Kingstown, RI 02852


OSJ of Bloomfield LLC
Attn: President
375 Commerce Park Road
North Kingstown, RI 02852


Pepsico
Attn: President
7701 Legacy Dr.
Plano, TX 75024


Rapid Cleaning
Attn: Manager
16 Kodak Street
Waterbury, CT 06704


State of CT, Secretary of State Office
Attn: Stephanie Thomas
165 Capital Avenue, Suite 1000
Hartford, CT 06115


Strano Bakery
Attn: Manager
255 Broad Street
Manchester, CT 06040


SYNCB/Lowes
Attn: President
4125 Windward Plaza
Alpharetta, GA 30005


SYWMC/CBNA
Attn: President
701 E. 60th Street N.
Sioux Falls, SD 57117


THD/CBNA
Attn: President
One Court Square
Long Island City, NY 11120


THD/CBNA
Attn: President
P.O. Box 6217
Sioux Falls, SD 57117

```
Town of Bloomfield
Attn: Tax Collector
800 Bloomfield Avenue
Bloomfield, CT 06002


Town of Bloomfield
Attn: Tax Collector
800 Bloomfield Avenue
Bloomfield, CT 06002


U.S. Small Business
Administration CT District Office
280 Trumbull Street, 2nd Floor
Hartford, CT 06103


U.S. Small Business Admin
Attn: Manager
2 North 20th Street Suite 320
Birmingham, AL 35203


WebBank
Attn: President
215 South State Street Suite 800
Salt Lake City, UT 84111


Webster Bank
Attn: President
319 Cottage Grove Road
Bloomfield, CT 06002


Wells Fargo Card Services
Attn: President
P.O. Box 14517
Des Moines, IA 50306


Wolters Kluwer
Attn: President
P.O. Box 29071
Glendale, CA 91209
```

# United States Bankruptcy Court
## District of Connecticut

In re   Yaglidere LLC _____

Debtor(s)

Case No. _____

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Yaglidere LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 21, 2023
_____
Date

/s/ Anthony S. Novak
_____
Anthony S. Novak
Signature of Attorney or Litigant
Counsel for   Yaglidere LLC
Novak Law Office, PC
280 Adams Street
Manchester, CT 06042
(860) 432-7710  Fax:(860) 432-7724
anthonysnovak@aol.com